# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| DAVID HOWARD LANG, <br><br> Petitioner, <br><br> vs. <br><br> JOHN AULT, Warden, <br><br> Respondent. | No. C04-4101-MWB <br><br> **REPORT AND RECOMMENDATION ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |

This matter is before the court on the respondent's motion for partial summary judgment (Doc. No. 7). The respondent seeks summary judgment on all claims raised in the petitioner's petition except Ground One and Ground Two. The respondent argues all other claims are unexhausted and procedurally defaulted.

The petitioner does not resist the respondent's motion. (*See* Doc. Nos. 10 & 16). Accordingly, the court finds the respondent's motion should be granted, and a briefing schedule should be issued for briefing on the remaining two issues. *See* LR 7.1(f).

For the reasons discussed above, **IT IS RECOMMENDED**, unless any party files objections[1] to the Report and Recommendation in accordance with 28 U.S.C. § 636 (b)(1)(C) and Fed. R. Civ. P. 72(b) within ten (10) days of the service of a copy of this

---

[1] Objections must specify the parts of the report and recommendation to which objections are made. Objections must specify the parts of the record, including exhibits and transcript lines, which form the basis for such objections. *See* Fed. R. Civ. P. 72. Failure to file timely objections may result in waiver of the right to appeal questions of fact. *See Thomas v. Arn*, 474 U.S. 140, 155, 106 S. Ct. 466, 475, 88 L. Ed. 2d 435 (1985); *Thompson v. Nix*, 897 F.2d 356 (8th Cir. 1990).

report and recommendation, that the respondent's motion for partial summary judgment be granted, and a briefing schedule be issued for briefing of the remaining two issues.

**IT IS SO ORDERED.**

**DATED** this 15th day of April, 2005.

PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT